# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mordchai Krausz, on behalf of ING Principal Protection Fund VI, Wayne Soojian and Janet Delgaizo, on behalf of ING Principal Protection Fund VII, and the Henzel Family Foundation, on behalf of ING Principal Protection Fund III,<br><br>                    Plaintiffs,<br><br>v.<br><br>ING Investments, LLC and ING Investment Management Co.,<br><br>                    Defendants,<br><br>and<br><br>ING Principal Protection Fund III,<br>ING Principal Protection Fund VI and<br>ING Principal Protection Fund VII,<br><br>                    Nominal Defendants. | No. 06-CV-12145-RGS |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Now come all of the Plaintiffs and all of the Defendants in the above-referenced action and they hereby respectfully move this Honorable Court to grant preliminary approval of their settlement of this action by entering the Proposed Order of Preliminary Approval attached hereto as Exhibit A. In support of this Joint Motion, the parties rely upon the Stipulation of Settlement and all exhibits appended thereto.

In addition, the parties respectfully request that the Court calendar the Settlement Fairness Hearing, as discussed in the Proposed Order of Preliminary Approval, on December 12, 2007 or as soon thereafter as is convenient for the Court.

Dated: August 21, 2007

Respectfully submitted,

| By the Attorneys for the Plaintiffs | By the Attorneys for the Defendants ING Investments, LLC and ING Investment Management Co. |
|---|---|
| /s/ Edward F. Haber<br>Edward F. Haber (BBO #215620)<br>SHAPIRO HABER & URMY LLP<br>53 State Street, 37th Floor<br>Boston, MA 02109<br>(617) 439-3939 | /s/ Thomas A. Arena<br>James N. Benedict<br>Thomas A. Arena<br>Mia C. Korot<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000<br><br>Sean T. Carnathan, Esq. (BBO #636889)<br>O'CONNOR, CARNATHAN AND MACK LLC<br>8 New England Executive Park, Suite 310<br>Burlington, MA 01803<br>(781) 359-9000 |

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 21st, 2007.

/s/ Edward F. Haber
Edward F. Haber