EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mordchai Krausz, on behalf of ING Principal Protection Fund VI, Wayne Soojian and Janet Delgaizo, on behalf of ING Principal Protection Fund VII, and the Henzel Family Foundation, on behalf of ING Principal Protection Fund III,<br><br>Plaintiffs,<br><br>v.<br><br>ING Investments, LLC and ING Investment Management Co.,<br><br>Defendants,<br><br>and<br><br>ING Principal Protection Fund III,<br>ING Principal Protection Fund VI and<br>ING Principal Protection Fund VII,<br><br>Nominal Defendants. | No. 06-CV-12145-RGS |

[PROPOSED] PRELIMINARY APPROVAL ORDER

Plaintiffs in this shareholders' derivative action on behalf of ING Principal Protection Fund III, now known as ING Index Plus LargeCap Equity Fund III ("Fund III"), ING Principal Protection Fund VI ("Fund VI") and ING Principal Protection Fund VII ("Fund VII") (collectively, the "Settling Funds"), having filed with this Court a Stipulation and Agreement of Settlement ("Settlement Agreement"), dated August 21, 2007, and having moved this Court,

pursuant to the Federal Rules of Civil Procedure, for an order and judgment (i) preliminarily approving the annexed Stipulation and Agreement of Settlement (the "Settlement Agreement"), (ii) approving the form and manner of dissemination of Notice to the Shareholders of the Settlement Funds, and (iii) setting a date for a hearing on final approval of the proposed settlement, and defendants having executed the Settlement Agreement and consented to entry of this order, it is hereby

ORDERED that the Court preliminarily finds that (i) the proposed Settlement resulted from extensive arms-length negotiations, (ii) Plaintiffs and their counsel have concluded that the Settlement Agreement is fair, reasonable and adequate, and (iii) the proposed settlement evidenced by the Settlement Agreement is sufficiently fair, reasonable and adequate to warrant sending notice of the Settlement to the Shareholders of the Settling Funds; and it is further

ORDERED that a hearing is scheduled before this Court at 2:30 P.M. o'clock on the 12th day of Dec., 2007 (the "Final Approval Hearing"), at John Joseph Moakley U.S. Courthouse, Suite 2300, 1 Courthouse Way, Boston, MA 02210 for the purposes of determining, among other things (a) whether the Settlement should be approved as fair, reasonable and adequate; (b) whether the litigation should be dismissed with prejudice as to Defendants pursuant to the terms of the Settlement Agreement; (c) whether the Notice and notice methodology implemented pursuant to the Settlement Agreement were legally sufficient to inform members of the Shareholders of the pendency of the litigation, their right to object to the Settlement, and their right to appear at the Final Approval Hearing, and (d) whether the application for attorneys' fees and expenses filed by Plaintiffs' Counsel should be approved; and it is further

ORDERED that Plaintiffs shall file affidavits and memoranda in support of the Settlement Agreement and the requested allowances for Plaintiffs' attorneys' fees and disbursements at least five (5) days prior to the Final Approval Hearing; and it is further

ORDERED that Notice of the Settlement and Final Approval Hearing, in the form attached to Settlement Agreement as Exhibit B, shall be caused to be given by Defendant ING Investments LLC to the shareholders of record (the "Shareholders") of each of the Settling Funds as of the fourteenth (14th) day following the entry of this Order (the "Record Date") in the form annexed to the Settlement Agreement, said notice to be mailed, postage prepaid, on or before fourteenth (14th) day following the Record Date, or to be sent by electronic mail to such shareholders who have elected to receive correspondence from the Settling Funds pursuant to electronic mail, proof of such mailing to be promptly filed with the Court; and it is further

ORDERED that, at said hearing, any Shareholder of any of the Settling Funds may appear and show cause, if any, (a) why the settlement of these actions in accordance with the terms of the Settlement Agreement should not be approved, (b) why Plaintiffs' attorneys' fees and disbursements in this litigation should not be allowed in the amounts and to be paid in the manner provided in the Settlement Agreement and in the notice, and (c) why this action should not be dismissed on the merits with prejudice and without costs; provided, however, that no such objector shall be heard and no papers or briefs submitted by any such objector shall be received or considered by the Court (except if the Court in its discretion shall otherwise direct) unless, at least ten (10) days prior to the date fixed for the Final Approval Hearing, notice of intention to appear and copies of all papers and briefs proposed to be submitted at the hearing shall be served upon James N. Benedict, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, and Edward F. Haber, Shapiro Haber & Urmy

LLP, 53 State Street, Boston, Massachusetts 02109. Such notice of intention and copies of said papers and briefs shall be filed with the Clerk of the United States District Court for the District of Massachusetts.

Dated: Boston, Massachusetts
August 22, 2007

/s/ Richard D. Stearns
United States District Judge

The undersigned consent to entry of the above order.

Respectfully submitted,

By the Attorneys for the Plaintiffs

/s/ Edward F. Haber
Edward F. Haber (BBO #215620)
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

By the Attorneys for the Defendants ING Investments, LLC, ING Investment Management Co. and ING Funds Distributor, Inc.

/s/ Thomas A. Arena
James N. Benedict
Thomas A. Arena
Mia C. Korot
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Sean T. Carnathan, Esq. (BBO #636889)
O'CONNOR CARNATHAN and MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
(781) 359-9000