Case 1:06-cv-12145-RGS   Document 19-2   Filed 12/05/2007   Page 1 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mordchai Krausz, on behalf of ING Principal Protection Fund VI, Wayne Soojian and Janet Delgaizo, on behalf of ING Principal Protection Fund VII, and the Henzel Family Foundation, on behalf of ING Principal Protection Fund III, <br><br> Plaintiffs, <br><br> v. <br><br> ING Investments, LLC and ING Investment Management Co., <br><br> Defendants, <br><br> and <br><br> ING Principal Protection Fund III, ING Principal Protection Fund VI and ING Principal Protection Fund VII, <br><br> Nominal Defendants. | No. 06-CV-12145-RGS |

### FINAL ORDER AND JUDGMENT

This cause came on to be heard on plaintiffs' motion for an order and judgment (i) approving the parties' Stipulation and Agreement of Settlement, dated August 21, 2007 (the "Settlement Agreement"), and (ii) dismissing this action on the merits with prejudice and without costs, notice of said motion having been given, as directed by the Court, to the shareholders of ING Principal Protection Fund III, now known as ING Index Plus LargeCap Equity Fund III, ING Principal Protection Fund VI and ING Principal Protection Fund VII (the "Settling Funds"),



the nominal defendants on whose behalf this shareholder derivative action was commenced, and the Court having granted said motion, it is hereby ORDERED, ADJUDGED AND DECREED, as follows:

    1.    The Court has jurisdiction over the subject matter of this action and over all parties to this action.

    2.    The Shareholders of the Settling Funds have been given proper and adequate notice of the Settlement, the Final Approval Hearing and Plaintiffs' Counsel's Application for Attorneys' Fees and Expenses, such notice having been carried out in accordance with the Preliminary Approval Order. Such notice included individual notice to shareholders of record (the "Shareholders") of each of the Settling Funds as of the fourteenth (14th) day following the entry of the Preliminary Approval Order who could be identified through reasonable efforts and provided valid, due and sufficient notice of these proceedings and of the matters set forth therein, and included information regarding the procedure for the making of objections. Such notice fully satisfied the requirements of Fed. R. Civ. P. 23.1 and the requirements of due process.

    3.    Pursuant to Fed. R. Civ. P. 23.1, the Settlement Agreement is approved as fair, reasonable, and adequate and the parties are authorized and directed to consummate the Settlement Agreement in accordance with the terms of the Settlement Agreement.

    4.    The Court hereby approves releases in the form annexed hereto be executed by an officer of each of the Settling Funds on behalf of each the Settling Funds in favor of the Defendants and their affiliates, including predecessors, successors, assigns, parents, and subsidiaries, and all persons or entities acting on behalf of the Defendants and their affiliates, including present and former officers, directors, trustees, employees, partners, agents, and

2

shareholders and each of their respective heirs, administrators, executors, successors, and assigns, against all claims which were asserted or could have been asserted in the Action on behalf of the Settling Funds.

5. This action is dismissed on the merits, without costs to any party, and with prejudice as to the Settling Funds and all of their shareholders, past, present, and future, including Plaintiffs.

6. The Settling Funds and their shareholders from time to time are forever barred and enjoined from assertion in any jurisdiction any claim or cause of action on behalf of or against the Defendants which was asserted or could have been asserted by reason of the facts, the matters, or the transaction referred to in the Complaint, or which arises out of, by reason of, or in connection with any of the facts, the matters, or the transactions set forth or referred to in the Complaint.

7. The Court hereby awards to Plaintiffs' Counsel attorneys' fees in the amount of $ 105,776.00 and reimbursement of costs and expenses in the amount of $ 668.89, to be paid from the Gross Settlement Sum pursuant to the terms of the Settlement Agreement.

8. The provisions of the Class Action Fairness Act of 2005, Pub. L. No. 109-2, 119 Stat. 4 (2005), do not apply to this action or this settlement.

9. This Court shall retain jurisdiction of these actions and the parties for the purposes of any application or proceeding concerned with the interpretation, implementation, or consummation of the terms of the Settlement Agreement.

Dated: Boston, Massachusetts
January 24, 2008

*/s/ Richard G. Stearns*
United States District Judge
Richard G. Stearns

The undersigned consent to entry of the above order.

Respectfully submitted,

By the Attorneys for the Plaintiffs

/s/ Edward F. Haber
Edward F. Haber (BBO #215620)
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

By the Attorneys for the Defendants ING Investments, LLC and ING Investment Management Co.

/s/ Thomas A. Arena
James N. Benedict
Thomas A. Arena
Mia C. Korot
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Sean T. Carnathan, Esq. (BBO #636889)
O'CONNOR, CARNATHAN AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
(781) 359-9000